ACCEPTED
04-15-00338-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/28/2015 12:03:08 AM
KEITH HOTTLE
CLERK

# IN THE FOURTH COURT OF APPEALS FOR THE STATE OF TEXAS

## NO. 04-15-00338-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

10/28/2015 12:03:08 AM

KEITH E. HOTTLE
Clerk

ARTHUR BUTCHER,

Appellant,

V.

CITY OF SANANTONIO,
THROUGH ITS AGENT,
CITY PUBLIC SERVICE
BOARD OF SAN ANTONIO,
d/b/a CPS ENERGY,

Appellee.

_____

## APPELLANT'S MOTION FOR EXTENSION

## OF TIME TO FILE AMENDED BRIEF

_____

SAMUEL C. BEALE
STATE BAR No.01952380
5821 SOUTHWEST FREEWAY
HOUSTON, TEXAS 77057
TEL  281.664.6400
FAX  281.664.6423
ATTORNEY FOR APPELLANT

ARTHUR BUTCHER

i

**APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE**

**AMENDED BRIEF**

COMES NOW, ARTHUR BUTCHER, Appellant, in the above entitled and numbered case and files this request for an extension of time to file his Amended Appeal Brief the Court ordered to be filed not later than October 26, 2015 which order was made on October 16, 2015. And, Appellant would respectfully show the Court as follows:

1.     From October 6, 2015 through October 21, 2015 Plaintiff's counsel did not have access to his Houston, Texas office and Appellant's files due to out of town and out of state court appearances and client transactional matter as well as a temporary office lockout.

2.     On October 13, 2015, Appellant's counsel file an appeal brief using the client case draft brief and partial client records available to Appellant's counsel on electronic medium.

3.     After regaining access to Appellant's full file, including the record in the case below, on Sunday, October 25, 2015, Appellant's counsel completed the ordered corrections and updates to Appellant's Amended Brief but not before Appellant's Counsel had to catch the last airplane from Houston, Texas to

i

Lubbock, Texas to travel to Plains, Texas to begin a Monday morning felony criminal trial in Cause No. 3008 in Yoakum County, Texas.

4.      While in Plains, Texas, Plaintiff's counsel had little to no internet or telephone access until the completion of the trial on today, October 27, 2015. Plaintiff's counsel is presently near Lubbock, Texas and seeking to return to his office in Houston, Texas at this time.

5.      Plaintiff's Counsel, contemporaneously with the filing of this motion, files the conforming Appellant's Brief.

6.      Appellant respectfully requests that the Court grant a one day extension of time to file the conforming brief because of the extenuating circumstances preventing this Counsel from filing the brief prior to today, October 27, 2015.,

> Respectfully Submitted,
>  /S/  Samuel C. Beale
> SAMUEL C. BEALE
> STATE BAR No.01952380
> 5821 SOUTHWEST FREEWAY, # 416
> HOUSTON, TEXAS 77057
> TEL  281.664.6400
> FAX  281.664.6423
> ATTORNEY FOR ARTHUR BUTCHER
> APPELLANT

CERIFICATE OF SERVICE

On October 27, 2015 pursuant to Rule 6.3 of the Texas Rules of Appellate Procedure, a copy of the Appellants Brief was served on Appellee by efiling and a copy was served by facsimile transmission:

CHRISTINE E. REINHARD
STATE BAR No. 24013389
SCHMOYER & REINHARD
17806 INTERSTATE 10
SAN ANTONIO, TEXAS    78257

  /S/ Samuel C. Beale
SAMUEL C. BEALE